# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Gregory James Rager,

    Petitioner

v.

James E. Dzurenda,

    Respondent

Case No. 2:26-cv-00112-JAD-DJA

**Order Dismissing Petition Without Prejudice, Denying Pending Motions, and Closing Case**

[ECF Nos. 1, 2, 10, 11, 12]

Petitioner Gregory James Rager filed a pro se Petition for a Writ of Habeas Corpus on January 16, 2026, challenging his 2024 state conviction and sentence for attempted burglary.[1] On January 27, 2026, following my initial review of the Petition, I ordered Rager to show cause by February 27, 2026, why the Petition should not be dismissed without prejudice as wholly unexhausted.[2] In response, Rager filed a motion for a temporary restraining order, a motion in support of the appointment of counsel, and a motion in support of habeas corpus.[3] These filings

---

[1] ECF No. 1.

[2] ECF No. 7.

[3] ECF Nos. 10, 11, 12. Rager also filed a notice of appeal of "the denial of habeas corpus, TRO, appointment of counsel" entered on February 7, 2026. ECF No. 13. "[T]he filing of a notice of interlocutory appeal divests the district court of jurisdiction over the particular issues involved in that appeal." *City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 886 (9th Cir. 2001). However, a district court may proceed independent of a notice of appeal when it certifies that such appeal is frivolous. *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992). "An appeal is frivolous if it is wholly without merit." *United States v. Kitsap Physicians Serv.*, 314 F.3d 995, 1003 n.3 (9th Cir. 2002).

I certify that Rager's appeal is frivolous. His notice of appeal states that he appeals from "the denial of habeas corpus, TRO, Appointment of Counsel entered in by this Court on or about the 7th day of February, 2026." ECF No. 13. There is no order dated 2/7/26. And there is no order denying habeas corpus, TRO, or appointment of counsel—until now. So Rager's appeal was premature at best.

are nonresponsive to the exhaustion issue at hand and do not show the required cause, so I dismiss this matter without prejudice and deny Rager's motions.

IT IS THEREFORE ORDERED that **the petition is dismissed** without prejudice as unexhausted. **A certificate of appealability is denied** as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong. **I also certify that Rager's pending appeal is frivolous** because it seeks to challenge a non-existent order.

IT IS FURTHER ORDERED that the motion for counsel, motion for temporary restraining order, motion in support of the appointment of counsel, and motion in support of habeas corpus **[ECF Nos. 2, 10, 11, 12] are DENIED as moot**.

**The Clerk of Court is directed to:**

- **ADD** Nevada Attorney General Aaron D. Ford as counsel for respondents[4];

- **SEND** the Nevada Attorney General a copy of this order and all other filings in this matter by regenerating the notices of electronic filing;

- **ENTER** judgment dismissing this action without prejudice; and

- **CLOSE** this case

Dated: March 3, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] No response is required from respondents other than to respond to any orders of a reviewing court.