**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Gregory James Rager,

      Petitioner

v.

James E. Dzurenda,

      Respondent

Case No. 2:26-cv-00112-JAD-DJA

**Order Denying Motions**

[ECF Nos. 26, 29]

    This habeas case was dismissed as wholly unexhausted after Petitioner Gregory James Rager failed to show cause why it should not be so.[1]  Rager has since filed a motion for reconsideration and a motion to compel reconsideration, neither of which addresses the exhaustion issue at all, let alone provides a legitimate basis for reconsideration.[2]

    IT IS THEREFORE ORDERED that the motions **[ECF Nos. 26, 29] are DENIED**.  To the extent that it is necessary, a certificate of appealability is also denied.  Rager is reminded that this case is closed, and his claims have been dismissed, so this court will not grant him further relief in this case.

    Dated: March 31, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 16.

[2] ECF Nos. 26, 29.