**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gregory James Rager, | Case No. 2:26-cv-00112-JAD-DJA |
| Petitioner | |
| v. | **Order Denying Motion**<br>**For Certificate of Appealability** |
| James E. Dzurenda, | [ECF No. 34] |
| Respondent | |

This habeas case was dismissed as wholly unexhausted after Petitioner Gregory James Rager failed to show cause why it should not be so.[1]  Rager has now filed a motion for a certificate of appealability.[2]  I have already denied Rager a certificate of appealability,[3] and he fails to provide a legitimate basis for me to reconsider that denial.

IT IS THEREFORE ORDERED that the motion **[ECF No. 34] is DENIED**.  To the extent that it is necessary, a certificate of appealability is also denied.  Rager is again reminded that this case is closed and his claims have been dismissed, so this court will not grant him further relief in this case.

Dated: July 9, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 16.

[2] ECF No. 34.

[3] ECF No. 16 at 2.